Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants/Counterclaimants
Sybase, Inc. and Informatica Corporation

Robert E. Rohde
Washington Bar No. 12809
Admitted Pro Hac Vice
Gregory G. Schwartz
Cal. State Bar No. 206134
Email: gschwartz@rohdelaw.com
ROHDE & VAN KAMPEN PLLC
1001 Fourth Ave., Suite 4050
Seattle, WA 98154-1000

Phone: 206-386-7349
Fax: 206-405-2825

Michael James Cronen
Cal. State Bar No. 22653
Zimmerman & Cronen, LLP
1330 Broadway, Suite 710
Oakland, CA 94612
Tel: (510) 465-0828
Fax: (510) 465-2041
Email : mcronen@zimpatent.com

Attorneys for Plaintiffs/Counterclaim
Defendants Data Retrieval Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYBASE, INC., a Delaware corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Defendants<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 09-05360 VRW<br>Related Case No.: C08-05481 VRW<br>Related Case No.: C09-1909 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Compl. Filed: Nov. 13, 2009<br>Trial Date: N/A<br><br>Hon. Vaughn R. Walker |

1  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

2

3  The parties agree to participate in the following ADR process:

4  **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)

5          Early Neutral Evaluation (ENE) (ADR L.R. 5)
        Mediation (ADR L.R. 6)

6

7  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

8

9

10  **Private Process:**
    **X**    Private ADR (*please identify process and provider*):  **The parties already attempted to mediate this dispute as well as the related cases Nos. C08-05481 VRW and C09-1909 VRW, before Judge Infante on February 2, 2010 in the San Francisco JAMS office.  In addition, the parties have agreed to reconvene with Judge Infante in approximately six months.**

11

12

13  The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order

14          referring the case to an ADR process unless otherwise ordered. )*

15      **X**    other requested deadline:  **The parties request no deadline because they already attempted to mediate this dispute.**

16

17  DATED: March 25, 2010.                REED SMITH LLP

18

19                                                                By:  */s/ James A. Daire*
James A. Daire

20                                                                Attorneys for
Sybase, Inc. and Informatica Corporation

21

22  DATED: March 25, 2010.                ROHDE & VAN KAMPEN PLLC

23

24                                                                By:  /s/ *Greg G. Schwartz**
Gregory G. Schwartz

25                                                                Attorneys for
Data Retrieval Technology LLC

26

27      *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, James A. Daire hereby attests that concurrence in the filing of this document has been obtained.

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    X     Private ADR

Deadline for ADR session
    X     The parties already attempted to mediate this dispute as well as related case Nos. C08-05481 VRW and C09-1909 VRW, before Judge Infante on February 2, 2010 in the San Francisco JAMS office. In addition, the parties have agreed to reconvene with Judge Infante in approximately six months. Accordingly, the Court declines to order an additional deadline for ADR in this case.

IT IS SO ORDERED.

DATED: __3/30__, 2010.



By_____
Hon. Vaughn R. Walker
United States District Court Chief Judge