| | |
|---|---|
| Scott D. Baker (SBN 84923)<br>Email: sbaker@reedsmith.com<br>John P. Bovich (SBN 150688)<br>Email: jbovich@reedsmith.com<br>Jonah D. Mitchell (SBN 203511)<br>Email: jmitchell@reedsmith.com<br>James A. Daire (SBN 239637)<br>Email: jdaire@reedsmith.com<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone:    (415) 543-8700<br>Facsimile:     (415) 391-8269<br><br>Attorneys for Sybase, Inc. and Informatica Corporation | Robert E. Rohde (Washington Bar No. 12809)<br>Admitted Pro Hac Vice<br>brohde@rohdelaw.com<br>Gregory G. Schwartz (Cal. State Bar No. 206134)<br>gschwartz@rohdelaw.com<br>ROHDE & VAN KAMPEN PLLC<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Telephone:    (206) 386-7353<br>Facsimile:     (206) 405-2825<br><br>D. Peter Harvey (State Bar No. 55712)<br>pharvey@harveysiskind.com<br>Raffi V. Zerounian (Cal. Bar No. 236388)<br>rzerounian@harveysiskind.com<br>HARVEY SISKIND LLP<br>4 Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>Attorneys for Data Retrieval Technology LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>　　　　　　　　　　Defendant.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　　Defendants. | Case No. C09-05360 VRW<br>(Related Case No: C09-1909 VRW)<br>(Related Case No: C08-05481 VRW)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PROTECTIVE ORDER** |

Case No.: C09-05360 VRW
STIPULATION AND [PROPOSED] ORDER REGARDING PROTECTIVE ORDER

1  On December 17, 2009, the parties jointly submitted a proposed Stipulated Protective Order
2  in Related Case No. C08-05481 ("*DRT I*"). *See* Doc. # 54 (Case No. C08-05481).
3  The parties hereby agree that any production of documents or disclosure of information in
4  this case shall be governed by the proposed Stipulated Protective Order already on file in *DRT I*.

6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7  DATED: June 7, 2010.

REED SMITH LLP

By:  */s/ James A. Daire*\*
James A. Daire (SBN 239637)
Attorneys for Sybase, Inc. and Informatica
Corporation

ROHDE & VAN KAMPEN PLLC

By:  */s/ Gregory G. Schwartz*
Gregory G. Schwartz (Cal. SBN 206134)
Attorneys for Data Retrieval
Technology LLC

*\*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Gregory G. Schwartz hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010.

By _____
Hon. V_____
United_____
_____ Judge



IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Case No.: C09-05360 VRW                    1
STIPULATION AND [PROPOSED] ORDER REGARDING PROTECTIVE ORDER

ROHDE & VAN KAMPEN PLLC