| | |
|---|---|
| Scott D. Baker (SBN 84923) | Robert E. Rohde |
| Email: sbaker@reedsmith.com | Washington Bar No. 12809 |
| John P. Bovich (SBN 150688) | Email: brohde@rohdelaw.com |
| Email: jbovich@reedsmith.com | Gregory G. Schwartz (Cal. SBN 206134) |
| Jonah D. Mitchell (SBN 203511) | Email: gschwartz@rohdelaw.com |
| Email: jmitchell@reedsmith.com | ROHDE & VAN KAMPEN PLLC |
| James A. Daire (SBN 239637) | 1001 Fourth Avenue, Suite 4050 |
| Email: jdaire@reedsmith.com | Seattle, Washington 98154 |
| REED SMITH LLP | Telephone: (206) 386-7353 |
| 101 Second Street, Suite 1800 | Facsimile: (206) 405-2825 |
| San Francisco, CA 94105-3659 | |
| | D. Peter Harvey |
| Telephone:  +1 415 543 8700 | Cal. State Bar No. 55712 |
| Facsimile:  +1 415 391 8269 | Harvey Siskind LLP, |
| | 4 Embarcadero Center, 39th Floor, |
| Attorneys for | San Francisco, California 94111, |
| Sybase, Inc. and Informatica Corporation | Telephone: (415) 354-0100 |
| | Facsimile: (415) 3391-7124 |
| | E-mail: pharvey@harveysiskind.com |
| | |
| | Attorneys for Data Retrieval Technology LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation, | No.: Case No. C09-05360 VRW<br>(Related Case No: C09-1909 VRW)<br>(Related Case No: C08-05481 VRW) |
| Plaintiff,<br>vs. | **STIPULATION AND [PROPOSED]<br>ORDER EXTENDING DEADLINE TO<br>FILE JOINT CLAIM CONSTRUCTION<br>AND PREHEARING STATEMENT** |
| SYBASE, INC., a Delaware Corporation,<br>INFORMATICA CORPORATION, a Delaware Corporation, | |
| Defendants. | Hon. Vaughn R. Walker |
| SYBASE, INC., a Delaware Corporation, and<br>INFORMATICA CORPORATION, a Delaware Corporation, | |
| Plaintiffs,<br>vs. | |
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation, | |
| Defendant. | |

**RECITALS**

1. On July 22, 2010, the Court entered a Joint Amended Supplemental Case Management Order, setting the deadline for the parties to file the Joint Claim Construction and Prehearing Statement on August 20, 2010.  Doc # 39.

2. On August 20, 2010, the parties filed a Stipulation and Proposed Order to extend the deadline to September 1, 2010.  The Court has not yet signed the Proposed Order.

3. Good cause exists for an extension of this deadline.  The parties have been diligently meeting and conferring in an effort to narrow the issues for that joint filing, but require more time to attempt to agree on certain claim constructions.

4. In light of these efforts, the parties' request that the deadline to file the Joint Claim Construction and Prehearing Statement be continued to September 7, 2010.  Previous time modifications in this case are reflected in the Joint Amended Supplemental Case Management Order.  Doc # 39.  The requested time modification would have no other affect on the Court's Case Management Order in this case.

///

///

///

///

///

# STIPULATION

Accordingly, the parties hereby stipulate to extend the deadline to file the Joint Claim Construction and Prehearing Statement to September 7, 2010.  No other dates shall be affected by this stipulation and Court Order.

DATED: September 1, 2010.        REED SMITH LLP

By:  /s/ *James A. Daire*
James A. Daire
Attorneys for
Sybase, Inc. and Informatica Corporation

DATED: September 1, 2010.        ROHDE & VAN KAMPEN PLLC

By:  /s/ *Robert E. Rohde\**
Robert E. Rohde
Attorneys for
Data Retrieval Technology LLC

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, James A. Daire  hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  9/8           , 2010.        _____
Hon. Vaughn R. Walker
United States District Court Chief Judge

Case No. C09-05360 VRW          - 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT