| | |
|---|---|
| Scott D. Baker (SBN 84923)<br>Email: sbaker@reedsmith.com<br>John P. Bovich (SBN 150688)<br>Email: jbovich@reedsmith.com<br>Jonah D. Mitchell (SBN 203511)<br>Email: jmitchell@reedsmith.com<br>James A. Daire (SBN 239637)<br>Email: jdaire@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br><br>Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269<br><br>Attorneys for Defendants/Counterclaimants<br>Sybase, Inc. and Informatica Corporation | Robert E. Rohde<br>Washington Bar No. 12809<br>Email: brohde@rohdelaw.com<br>Gregory G. Schwartz (Cal. SBN 206134)<br>Email: gschwartz@rohdelaw.com<br>ROHDE & VAN KAMPEN PLLC<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Telephone: (206) 386-7353<br>Facsimile: (206) 405-2825<br><br>D. Peter Harvey<br>Cal. State Bar No. 55712<br>Harvey Siskind LLP,<br>4 Embarcadero Center, 39th Floor,<br>San Francisco, California 94111,<br>Telephone: (415) 354-0100<br>Facsimile: (415) 3391-7124<br>E-mail: pharvey@harveysiskind.com<br><br>Attorneys for Data Retrieval Technology LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SYBASE, INC., a Delaware corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>    Defendants<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 09-05360 VRW<br>Related Case No.: C08-05481 VRW<br>Related Case No.: C09-1909 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CLAIM CONSTRUCTION BRIEFING SCHEDULE**<br><br>[Civil Local Rule 6-2] |

## RECITALS

The parties to the above-captioned matter, Data Retrieval Technology LLC ("DRT"), Sybase, Inc. and Informatica Corporation, in an effort to resolve claim construction issues to the fullest extent possible, conducted extensive discussions over a period of weeks. The parties have

further agreed to amend the claim construction briefing schedule as set forth below. Under the new schedule, the briefs will be filed more than two weeks prior to the claim construction hearing date on November 2, 2010 and will not affect the claim construction hearing date or any other scheduled matters in the case.

## STIPULATION

The parties to the above-captioned matter, Data Retrieval Technology LLC ("DRT"), Sybase, Inc. and Informatica Corporation hereby stipulate to the following schedule changes.

|  | Previous Schedule | New Schedule |
|---|---|---|
| DRT Opening Brief | 9/16/2010 | 9/24/2010 |
| Sybase/Informatica Response | 10/1/2010 | 10/8/2010 |
| DRT Reply | 10/7/2010 | 10/15/2010 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: September 10, 2010.

REED SMITH LLP

By: */s/ James A. Daire*
John P. Bovich (SBN 150688)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Attorneys for Sybase, Inc. and Informatica Corporation

DATED: September 10, 2010

ROHDE & VAN KAMPEN PLLC

By: */s/Robert E. Rohde*
Robert E. Rohde
(Washington State Bar No. 12809)
Gregory G. Schwartz (Cal. SBN 206134)
Attorneys for Data Retrieval Technology LLC

Case No. C09-05360 VRW  2
STIPULATION AND [PROPOSED] ORDER AMENDING CLAIM CONSTRUCTION BRIEFING SCHEDULE

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: __September 14__, 2010.

3

4  By _____
   Hon. Judge Vaughn R Walker
5  United States District Court Chief Judge

6

7

8

9  CERTIFICATE OF SIGNATURE ASSESTATION

10 I hereby attest that concurrence in the filing of this document has been obtained by the
11 above named signatories.

12       /s/ Robert E. Rohde
13       Robert E. Rohde

# PROOF OF SERVICE

I, Nikki Kustok, declare:

I am a citizen of the United States and a resident of King County, State of Washington. I am over the age of 18 years and not a party to the within action. My business address is 1001 Fourth Avenue, Suite 4050, Seattle, Washington 98154.

On the date shown below, I caused to be served the foregoing **STIPULATION AND [PROPOSED] ORDER AMENDING CLAIM CONSTRUCTION BRIEFING SCHEDULE** via

CM/ECF: I hereby certify that on this 10th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*John P. Bovich*
*Jonah D. Mitchell*
*James A. Daire*
*Reed Smith LLP*
*101 Second Street*
*San Francisco, CA 94105*
*jbovich@reedsmith.com*
*JMitchell@ReedSmith.com*
*jdaire@reedsmith.com*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington on this 10th of September, 2010.

*[signature]*
Nikki Kustok

Case No. C09-05360 VRW                             4
STIPULATION AND [PROPOSED] ORDER AMENDING CLAIM CONSTRUCTION
BRIEFING SCHEDULE