# ROHDE & VAN KAMPEN PLLC
*Law Offices*

1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000

Telephone (206) 386-7353
Facsimile (206) 405-2825

ROBERT E. ROHDE
DIRECT: (206) 386-7356
Email: brohde@rohdelaw.com

May 25, 2011

*Via Electronic Court Filing*

The Honorable Joseph C. Spero
United States District Court
Northern District of California
Courtroom A - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Data Retrieval Technology, LLC vs. Sybase Inc. and Informatica Corporation, Case No. C09-05360 JCS – Request to Appear Telephonically for Updated Case Management Conference on June 3, 2011 at 1:30 pm

Dear Judge Spero,

Plaintiff Data Retrieval Technologies ("DRT") hereby requests to appear telephonically for the Updated Case Management Conference set for June 3, 2011 at 1:30 pm. DRT's counsel can be reached at 206-386-7356.

Very Truly Yours,
ROHDE & VAN KAMPEN PLLC

Robert E. Rohde

IT IS HEREBY ORDERED that Mr. Rohde shall be on phone stand by beginning at 1:30 PM and await the Court's call.

Dated: 5/26/11

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

# PROOF OF SERVICE

I, Nikki Kustok, declare:

I am a citizen of the United States and a resident of King County, State of Washington. I am over the age of 18 years and not a party to the within action. My business address is 1001 Fourth Avenue, Suite 4050, Seattle, Washington 98154.

On the date shown below, I caused to be served the foregoing **LETTER TO JUDGE SPERO TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE.**

CM/ECF: I hereby certify that on this 25th day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*John P. Bovich*
*Jonah D. Mitchell*
*Scott D. Baker*
*Seth Herring*
*Reed Smith LLP*
*101 Second Street*
*San Francisco, CA 94105*
*jbovich@reedsmith.com*
*JMitchell@ReedSmith.com*
*sbaker@reedsmith.com*
*sherring@reedsmith.com*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington on this 25th day of May, 2011

_____
Nikki Kustok